**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Julien K. DILKS, Defendant–Appellant.**

**No. 01–6527.**

United States Court of Appeals,
Fourth Circuit.

Submitted June 21, 2001.

Decided July 3, 2001.

Julien K. Dilks, pro se. Thomas Linn Eckert, Assistant United States Attorney, Roanoke, VA, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Julien K. Dilks appeals the district court's order denying his petition for a writ of error coram nobis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Dilks,* No. CR–93–91 (W.D.Va. Mar. 8, 2001). We also decline to address the claims Dilks raises for the first time on appeal because he failed to show exceptional circumstances. *Muth v. United States,* 1 F.3d 246, 250 (4th Cir.1993) (holding that issues raised for first time on appeal generally will not be considered absent exceptional circumstances, such as plain error or fundamental miscarriage of justice). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*